```
            UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF FLORIDA
                   MIAMI DIVISION
```

Case No. 13-21350-CIV-GRAHAM/SIMONTON

ANDRES GREGORY, et al.,

    Plaintiffs

vs.

MIAMI-DADE COUNTY, et al.,

    Defendants.
_____/

## FINAL JUDGMENT

**THIS MATTER** comes before the Court upon this Court's Second Amended Order. Pursuant to Federal Rule of Civil Procedure 58, it is hereby

**ORDERED AND ADJUDGED** that Final Judgment is entered in favor of Defendants, Miami-Dade County, et al. Plaintiffs, Andres Gregory, et al., shall recover nothing. It is further

**ORDERED AND ADJUDGED** that this cause is **DISMISSED** on the merits, and the **CASE IS CLOSED**. Lastly, it is

**ORDERED AND ADJUDGED** that the Court shall retain jurisdiction for a period of 60 days to enter, upon motion, an award of fees and costs should they be deemed appropriate.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 12th day of October, 2016.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc:   United States Magistrate Judge Simonton

    All Counsel of Record